**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS CENTRAL DIVISION**

**ERIC LOUIS HATTISON** **PLAINTIFF**

**v.** **Case No. 4:25-cv-01073-LPR-JTK**

**FRANK BISIGNANO**
**Commissioner of**
**Social Security** **DEFENDANT**

# ORDER

Before the Court is Defendant's Motion to Substitute Attorney. (Doc. No. 16) This motion is GRANTED. Special Assistant United States Attorney Frank D. Tankard has been terminated and Special Assistant United States Attorney Dennis A. Golden has been substituted as Defendant's counsel in this action.

SO ORDERED THIS 14th day of October, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE